Chris Roy, OSB # 031777
Roy Law Group
1000 SW Broadway, Suite 900
Portland, OR 97205
PH: 503.206.4313
chris@roylawgroup.com
Attorneys for Plaintiff, Mark W. Mastrandrea

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MARK W. MASTRANDREA,<br><br>    Plaintiff,<br> v.<br><br>THE PAUL REVERE LIFE<br>INSURANCE COMPANY and<br>UNUM GROUP CORP.,<br><br>    Defendant. | Case No.: 3:23–cv–00111–IM<br><br>STIPULATED MOTION TO STRIKE AND RESET PRETRIAL DEADLINES |

## LR 7-1 CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7-1(a), the parties have conferred on this motion.

# MOTION

This case is an action seeking to recover benefits and appropriate equitable relief under a welfare benefit plan which is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, et seq. ("ERISA"). Plaintiff has brought this action under ERISA 29 U.S.C. § 1132(a)(1)(B) and (a)(3). Because this is an ERISA benefits case, it will be decided on the record, meaning on the Court's review of the administrative record ("AR") and the parties' briefing. Although in some circumstances discovery is permissible in these types of cases, neither party intends to conduct discovery at this time. Therefore, the deadlines set by the Court in its Discovery and Pretrial Scheduling Order, Dkt. #2, may be stricken and the parties propose the following case schedule:

| Deadline for Defendant to produce the AR to Plaintiff | April 14, 2023 |
| --- | --- |
| Deadline for close of Discovery | May 31, 2023 |
| Deadline to file joint ADR report | July 31, 2023 |
| Deadline for Defendant to file AR with the court | August 31, 2023 |
| Opening briefs due | September 1, 2023 |
| Response briefs due | September 29, 2023 |
| Reply briefs due | October 13, 2023 |

DATED this 23rd day of March 2023.

        ROY LAW GROUP

            *s/ Chris Roy*
            Chris Roy, OSB # 031777
            1000 S.W. Broadway, Suite 900
            Portland, OR 97205
            PH: 503.206.4313
            chris@roylawgroup.com

            *Attorney for Plaintiff*

        KILMER, VOORHEES & LAURICK, PC

            *s/ Jere Tolton, III*
            2701 NW Vaughn Street, Suite 780
            Portland, OR 97210
            PH: 971.634.1116
            jtolton@kilmerlaw.com

            *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the date below, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys/parties of record.

DATED this 23rd day of March, 2023.

>
> *s/ Chris Roy*
> Chris Roy OSB # 031777
> Roy Law Group
> 1000 SW Broadway, Suite 900
> Portland, OR 97205
> PH: 503.206.4313
> FAX: 855.344.1726
> chris@roylawgroup.com